IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANGELIA WILLIAMS                                                                    PLAINTIFF


v.                                         Case No. 1:24-cv-01009


HARMONY GROVE
SCHOOL DISTRICT                                                                    DEFENDANT

**<u>ORDER</u>**

Before the Court is Plaintiff Angelia Williams' ("Plaintiff") Motion to Compel. (ECF No. 14). Defendant Harmony Grove School District ("Defendant") has responded. (ECF No. 15). The Court finds the matter ripe for consideration.

On September 18, 2024, Plaintiff sent Defendant the first set of interrogatories and requests for production. (ECF No. 14, at 1). On October 15, 2024, Plaintiff received Defendant's responses to the interrogatories and production requests. (ECF No. 14, at 1). Plaintiff contends that some of Defendant's responses were incomplete, and that further information was required. (ECF No. 14, at 1). On November 11, 2024, Plaintiff filed the instant motion. (ECF No. 15).

In the motion, Plaintiff requests more information on Interrogatory ten (10), Interrogatory fifteen (15), and Request for Production twelve (12). (ECF No. 14, at 2). In regard to Interrogatory ten (10), Plaintiff requests the job title and date of termination for a district employee. (ECF No. 14, at 2). In regard to Interrogatory fifteen (15), Plaintiff requests more information related to any confidential Equal Employment Opportunity Commission charges or grievances filed internally with Defendant. (ECF No. 14, at 2). In regard to Request for

Production twelve (12), Plaintiff again requests that Defendant provide any emails containing the expletives "fuck" or "fucking." (ECF No. 14, at 2).

On November 19, 2024, Defendant responded and provided supplemental responses to Plaintiff's inquires. (ECF No. 15). In its supplemental response to Interrogatory ten (10), Defendant provides the district employee's job title and date of termination. (ECF No. 15-1, at 1). Its supplemental response to Interrogatory fifteen (15) states that it is only aware of the instant case, along with the corresponding Office for Civil Rights complaint, by Plaintiff and a desegregation case for which Defendant is a party. (ECF No. 15-1, at 2). Lastly, Defendant's supplemental response to Request for Production twelve (12) states that it has now provided seventy-one pages of responsive documents that contain the requested two expletives.[1] (ECF No. 15-1, at 3).

Plaintiff has not filed a reply to Defendant's response or otherwise indicated if she is satisfied with the supplemental responses. However, upon review of Defendant's response, it appears to the Court that Defendant has provided the information that Plaintiff requested. Accordingly, Plaintiff's Motion to Compel (ECF No. 14) is hereby **DENIED AS MOOT** in light of Defendant's supplemental responses.

**IT IS SO ORDERED**, this 10th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1]The parties appear to have narrowed the search terms requested in Request for Production twelve (12) to just the two swear words via an email dated October 25, 2024. "I am requesting Defendant waive this objection and provide any responsive email records containing the cuss words 'fuck' or 'fucking,' if such records exist . . . ." (ECF No. 14-3, at 3).